UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Paul Payen,

      Plaintiff,

v.

FBOP et al,

      Defendants.

Case No. 23-cv-3816 PJS/ECW

**ORDER**

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated January 30, 2024, all the files and records, and no objections having been filed to said Report and Recommendation, **IT IS HEREBY ORDERED** that

1. This matter is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B); and

2. The application to proceed *in forma pauperis* of plaintiff Paul Payen (Dkt. 4) is **DENIED**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: February 29, 2024

    *s/Patrick J. Schiltz*
    PATRICK J. SCHILTZ
    United States Chief Judge